CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJU

JAN 29 2015

JULIA C. DUDLEY, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LUTHER M. JONES,<br>　　Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:14-cv-00660 |
| v. | ) <br> ) | **ORDER** |
| MARION CORR. TREATMENT<br>CENTER, <u>et al.</u>,<br>　　Defendants. | ) <br> ) <br> ) | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the Plaintiff.

ENTER: This 29th day of January, 2015.

　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　Senior United States District Judge